IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AKIRA MOSLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:23-cv-167-MAB[1] |
| | ) |
| **AK ENTERPRISE SOLUTOINS, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated May 31, 2023, which reflects the parties' settlement (Doc. 25), this matter is **DISMISSED with prejudice**, each party to bear their own costs, unless otherwise provided in the settlement documents.

**DATED**: August 4, 2023

                                                      **MONICA A. STUMP,**
                                                      Clerk of Court

                                                      BY:  /s/ Jennifer Jones
                                                              **Deputy Clerk**

**APPROVED:**  /s/ Mark A. Beatty
                    **MARK A. BEATTY**
                    **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 15).